GARY M. RESTAINO
United States Attorney
District of Arizona
ALEXANDRIA SAQUELLA
Assistant U.S. Attorney
Arizona State Bar No. 036331
United States Courthouse
405 W. Congress Street, Suite 4800
Tucson, Arizona 85701
Telephone: 520-620-7300
Email: alexandria.saquella@usdoj.gov
Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br><br>            Plaintiff,<br>  vs.<br><br>Sterling Lee Runyon,<br><br>Halston D Oir Washington,<br><br>            Defendants. | 24-mj-05369-N/A-MAA<br><br>FIRST MOTION FOR STATUS CONFERENCE |

The United States of America, by and through its attorneys undersigned, respectfully requests that the Court set a status conference in this matter three days prior to the Video Deposition currently scheduled for January 3, 2025, for the following reasons.

The plea offer extended in this case requires that a change of plea hearing be conducted two days before the Video Deposition. As such, the government requests a status conference three days prior to the Video Deposition in order to: (1) confirm that the Video Deposition will proceed on the currently scheduled date and that the defense will not be seeking a continuance of the Video Deposition, (2) resolve any outstanding discovery disputes and/or potential evidentiary issues that could arise at the Video Deposition, and (3) make a record that the defendant has been advised of the [pre-

indictment] plea offer in this case and has rejected that plea offer; or, alternatively, conduct a change a plea hearing if the defendant decides to accept the government's plea offer.

Respectfully submitted December 10, 2024.

GARY M. RESTAINO
United States Attorney
District of Arizona

*s/Alexandria Saquella*

ALEXANDRIA SAQUELLA
Assistant U.S. Attorney

Copy of the foregoing served electronically or by other means December 10, 2024 to:

All ECF Participants