# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America, | MJ 24-05369-TUC-EJM |
| Plaintiff, | ORDER |
| vs. | |
| Sterling Lee Runyon,<br>Halston D Oir Washington, | |
| Defendants. | |

The Court having considered the First Motion for Status Conference, and good cause appearing, therefore;

**IT IS ORDERED** that the Motion (Doc. 14) is granted.

**IT IS FURTHER ORDERED** that a Status Conference is scheduled for December 31, 2024 at 1:00 p.m., before Magistrate Judge Eric J. Markovich, 405 W. Congress**,** Courtroom 3A, Tucson, Arizona, 85701.

All parties are to appear in person.

Attorneys are expected to meet and confer in good faith before the conference and should be prepared to discuss whether the scheduled video depositions will be going

forward or whether the parties will be filing a Stipulation for Release of Material Witnesses and the video deposition vacated.

If a defendant wishes to plead guilty at the status conference, the AUSA should email the Information (Waiver Packet) to tucinfopackets@azd.uscourts.gov and request a CR number. Defense counsel should file the signed Stipulation to Release Material Witnesses and a Notice of Change of Plea Hearing.

If the parties file a Stipulation for Release of Material Witnesses <u>two business days</u> before the Status Conference, and do not request a Change of Plea Hearing, then the Status Conference will be vacated; otherwise the Status Conference will remain on the Court calendar as scheduled.

If a defendant wishes to plead guilty at a later date, defense counsel should contact the assigned Magistrate Judge to schedule a change of plea hearing for a future date.

Dated this 11th day of December, 2024.

Eric J. Markovich
United States Magistrate Judge